NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SEAN HOWARD,                               )
                                           )
            Appellant,                     )
                                           )
v.                                         )            Case No. 2D18-3052
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Charlotte County; George C.
Richards, Judge.


PER CURIAM.

            Affirmed.  See Jones v. State, 569 So. 2d 1234 (Fla. 1990).


SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.